UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DOUGLAS L. SCHAAP,<br><br>         Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN,<br><br>         Respondent. | No.  1:16-cv-00385-AWI-JLT (HC)<br><br>**ORDER GRANTING PETITIONER'S MOTION TO VACATE ORDER TO SHOW CAUSE**<br><br>**(Doc. Nos. 5, 14)** |
|---|---|

On March 23, 2016, the Court issued an order directing Petitioner to show cause why the petition should not be dismissed for violation of the one-year statute of limitations. On April 11, 2016, Petitioner responded to the order. The Court thereafter ordered Respondent to file a response. On May 16, 2016, Petitioner filed a motion to vacate the order to show cause in light of his response and the Court's subsequent order directing Respondent to file a response. Good cause appearing therefor, Petitioner's motion to vacate the order to show cause of March 23, 2016, is hereby GRANTED and the order to show cause is VACATED.

IT IS SO ORDERED.

   Dated:   **October 3, 2016**                      **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE